P. CHARLES DENERI, as Secretary-Treasurer of Barbers' and Beauty Culturists Union of America, Local No. 7, Appellant, *v.* GENE LOUIS, INC., Respondent.

Submitted June 9, 1941; decided June 19, 1941.

*Ralph Weller* for motion to dismiss appeal.

*Benjamin Wyle* opposed.

Motion to dismiss appeal denied. Appellant permitted to withdraw notice of appeal dated May 5, 1941.